UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re
**Steven M. Marshall**  **Chapter 13**
**Deshanta O Marshall**  **Case No 17-60599**
Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 4/11/2017, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:
**Trustee withdraws Motion to Dismiss.**

Date:  May 26, 2017

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee

Rebecca B Connelly
United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.

```
                              United States Bankruptcy Court
                               Western District of Virginia

In re:                                                              Case No. 17-60599-rbc
Steven M. Marshall                                                  Chapter 13
Deshanta O Marshall
        Debtors             CERTIFICATE OF NOTICE

District/off: 0423-6          User: stonen                 Page 1 of 2             Date Rcvd: May 26, 2017
                              Form ID: pdf001              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb         +Steven M. Marshall,    Deshanta O Marshall,    5324 Promiseland Road,    Appomattox, VA 24522-4273
4411725        +Alars Cars,    11240 Stewartsville Rd,    Vinton, VA 24179-5200
4411726        +Alfa Insurance,    PO BOX 2328,    Brentwood, TN 37024-2328
4411728        +Cfw Credit & Collectio,    for Shentel,    19 N Washington St,    Winchester, VA 22601-4109
4411729        +Check Into Cash,    2123 Wards Rd,    Lynchburg, VA 24502-5311
4411731        +Credit Management, LP,    for US Cellular,    Po Box 118288,    Carrolton, TX 75011-8288
4411734       ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                 (address filed with court:  Dominion Virginia Power,    PO BOX 26666,   Richmond, VA 23261)
4411732        +Debt Recovery Solution,    for Verizon,    6800 Jericho Turnpike   Ste 113e,
                 Syosset, NY 11791-4401
4411736       ++FOCUS RECEIVABLES MANAGEMENT LLC,     1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                 (address filed with court:  Focus Receivables Mana,    1130 Northchase Parkway,    for Directv,
                 Marietta, GA 30067)
4411737        +Herman's Motor Sales,    2527 Main Street,    Hurt, VA 24563-3896
4411738        +Jamari Armistead,    68 Leroy Dr,    Pamplin, VA 23958-3363
4411739        +Jamie Ferguson,    265 Harrell St,    Appomattox, VA 24522-9822
4411740        +Kennan Auto Sales,    1208 Richmond Hwy,    Concord, VA 24538-3575
4415844        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4411742        +Penn Foster,    PO Box 1900,    Scranton, PA 18505-0900
4411743         Prime Drive,    224 Jefferson Davis Hwy,    Appomattox, VA 24522
4411744        +Prince Edward Co Treasurer,    PO Box 522,    Farmville, VA 23901-0522
4411745        +Prince Edward County Treasurer,    PO Box 522,    Farmville, VA 23901-0522
4411747        +SCA Credit Svcs,    1502 Williamson Road,    for Centra EMS,    Roanoke, VA 24012-5100
4411748        +SCA Credit Svcs,    1502 Williamson Road,    for Southside EMS,    Roanoke, VA 24012-5100
4411749        +Southside Community Hospital,    500 Shentel Way,    Edinburg, VA 22824-3577
4411750        +Sussex District Court,    PO Box 1315,    Sussex, VA 23884-0315
4411751        +TMX Finance of VA,    3813 Wards Rd, Unit 5,    Lynchburg, VA 24502-2970
4411752        +Town of Appomattox,    PO Box 705,    Appomattox, VA 24522-0705
4411753        +Traf Group Inc/A-1 Collections,     2297 St Hwy 33,    for Music Arts Centers,
                 Hamilton Square, NJ 08690-1717
4411754        +Trident Asset Management,    for Verizon,    Po Box 888424,    Atlanta, GA 30356-0424
4411756        +Uscb Corporation,    Po Box 75,    for Stratford Career Institute,    Archbald, PA 18403-0075
4411757        +Vanderbilt Mortgage,    Attn: Bankruptcy Dept,    P.O. Box 9800,    Maryville, TN 37802-9800
4420812        +Vanderbilt Mortgage and Finance, Inc.,    PO Box 9800,    Maryville, TN 37802-9800
4411758        +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
4411759        +Verizon,    500 Technology Dr,    Suite 550,    Saint Charles, MO 63304-2225
4411760        +Verizon Wireless,    PO Box 26055,    Lehigh Valley, PA 18002-6055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4411727        +E-mail/Text: egilliam@mstpf.com May 26 2017 21:09:03      Approved Cash Advance,
                 5160 Nine Mile Rd,    Richmond, VA 23223-3330
4411730         E-mail/Text: bankruptcy@dss.virginia.gov May 26 2017 21:08:44       Child Support Va,
                 Bk Unit/Div. of Child Support Enforcemen,    2001 Maywill St  Ste. 104,    Richmond, VA 23230
4411733        +E-mail/Text: Bankruptcy.Consumer@dish.com May 26 2017 21:08:47       Dish Network,
                 9601 S Meridian Blvd,    Englewood, CO 80112-5905
4411735        +E-mail/Text: bnc-bluestem@quantum3group.com May 26 2017 21:09:05       Fingerhut,   P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
4411741        +E-mail/Text: bankruptcy@onlineis.com May 26 2017 21:09:03       Online Collections,    Po Box 1489,
                 for Central VA Co-op,    Winterville, NC 28590-1489
4411755        +Fax: 866-419-3894 May 26 2017 21:16:10      US Cellular,    PO Box 7835,    Madison, WI 53707-7835
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4411746       ##+Receivables Management,    for RMG,    14675 Martin Dr,    Eden Prairie, MN 55344-2004
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0423-6          User: stonen              Page 2 of 2              Date Rcvd: May 26, 2017
                              Form ID: pdf001           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Stephen E. Dunn    on behalf of Debtor Steven M.  Marshall stephen@stephendunn-pllc.com,
               jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               stephendunnpllc@gmail.com,jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               kathy@stephendunn-pllc.com,sherry@stephendunn-pllc.com,
               intern@stephendunn-pllc.com;r48470@notify.bestcase.com
              Stephen E. Dunn    on behalf of Joint Debtor Deshanta O Marshall stephen@stephendunn-pllc.com,
               jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               stephendunnpllc@gmail.com,jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               kathy@stephendunn-pllc.com,sherry@stephendunn-pllc.com,
               intern@stephendunn-pllc.com;r48470@notify.bestcase.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 3
```