**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:

STEVEN M. MARSHALL
DESHANTA O MARSHALL

Debtors

CHAPTER 13
CASE NO. 17-60599

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

**DATE OF LAST PAYMENT: 06/12/2017**

**ESTIMATED AMOUNT OF ARREARAGE
*AS OF 07/10/2017 is $0.00**
Number of months in arrears is: **0**

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned **have failed to provide for secured claim #10 filed by United Consumer Financial Services in the amount of $1,972.14 for Household Goods, and the secured portion of claim #11 filed by Prince Edward County Treasurer in the amount of $515.61 for 2015-2017 personal property taxes. The debtors will need to amend their plan accordingly or object to the claims**.

**PLEASE TAKE NOTICE** that on **September 28, 2017** at **9:30 A.M.**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA 24504-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on July 10, 2017, copies of this Petition and Notice have been mailed to, Debtors, STEVEN M. MARSHALL, DESHANTA O MARSHALL, 5324 PROMISELAND ROAD, APPOMATTOX, VA 24522, and that the Attorney for the Debtors has been notified electronically by ECF.

/s/ Herbert L. Beskin
Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net