# United States Bankruptcy Court
### Western District of Virginia

In re **Steven M Marshall / Deshanta O Marshall**  Case No. **17-60599**
Debtor(s)  Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:   **xxx-xx-0816**

Joint Debtor's Social Security Number:   **xxx-xx-9590**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   **Steven M Marshall and Deshanta O Marshall**

Street:   **5324 Promiseland Road**

City, State and Zip:   **Appomattox, VA 24522**

Telephone #:

**Please be advised that effective immediately,
my (our) new mailing address and telephone number is:**

Name:   **Steven M Marshall and Deshanta O Marshall**

Street:   **789 Double Bridges Rd**

City, State and Zip:   **Spout Springs, VA 24593**

Telephone #:

**/s/ Steven M Marshall**
**Steven M Marshall**
Debtor

**/s/ Deshanta O Marshall**
**Deshanta O Marshall**
Joint Debtor