**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: STEVEN M MARSHALL               CHAPTER 13
      XXX-XX-0816                               CASE NO. 17-60599
      DESHANTA 0 MARSHALL
      XXX-XX-9590
          Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE AND PROVIDING FOR A REDUCTION IN THE AMOUNT OF DIRECT PAYMENTS**

The above-named Debtor(s) filed a Chapter 13 petition on *March 27, 2017,* hereupon subjecting all wages and property of the Debtor(s) wheresoever situated, while this case is pending, to the jurisdiction of this Court.

This Court last entered an Order on *March 28, 2017* requiring the Debtor's(s)' to pay directly to the Trustee *$600.00 monthly for 48 months* pursuant to the Debtor(s)' Chapter 13 Plan.

The Debtor(s) have had a change in circumstances such that they have filed a modified Chapter 13 Plan (the "Proposed Modified Plan") that proposes to REDUCE the Debtor(s)' payments to be paid to the Trustee.

WHEREFORE, the Debtor(s) request that the Order requiring direct payments by the debtor be amended to REDUCE said deduction immediately in conformance with the Proposed Modified Plan. The Debtor(s) understand that should their Proposed Modified Plan not be confirmed by this Court, the Debtor(s) will need to address any default in plan payments that may result from REDUCING their deductions through this Order.

Pursuant to 11 U.S.C. Section 1326(a)(l), and with the consent of the Chapter 13 Trustee, it is therefore hereby

**ORDERED**

That the Debtor(s), is hereby directed to REDUCE IMMEDIATELY THE DEBTOR'S CHAPTER 13 direct payments as of *July 28, 2017,* by directly paying unto the duly appointed

#030.1; 11/16/07

Trustee, *HERBERT L. BESKJN, TRUSTEE. PO BOX 1961, MEMPHIS, TN 38101-1961, (434) 817-9913,* the sum of **$310.00 monthly for 36 months.**

The Trustee shall have no responsibility to refund to the debtor any incorrectly sent payments.

Copies of this order are directed to be mailed to the Debtor(s), to counsel for the Debtor(s), and to the Trustee.

Dated: September 14, 2017

_____
U.S. Bankruptcy Judge

I ask for this:
/s/ Stephen E. Dunn
Counsel for Debtor(s)
Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA. 24551

/s/ Steven M Marshall Debtor
/s/ Deshanta O Marshall
Debtor

Seen:
/s/ Herbert L. Beskin
Chapter 13 Trustee

**THE DEBTOR'S NAME AND CASE NUMBER MUST BE ON ALL PAYMENTS**

#030.1; 11116107

```
                          United States Bankruptcy Court
                           Western District of Virginia
In re:                                                            Case No. 17-60599-rbc
Steven M. Marshall                                                Chapter 13
Deshanta O Marshall
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-6          User: stonen             Page 1 of 1                  Date Rcvd: Sep 14, 2017
                              Form ID: pdf003          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb         +Steven M. Marshall,   Deshanta O Marshall,    789 Double Bridges Road,
                 Spout Springs, VA 24593-2991

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Herbert L Beskin(82)   hbeskin@cvillech13.net,  bssch13@cvillech13.net
              Stephen E. Dunn    on behalf of Debtor Steven M.  Marshall stephen@stephendunn-pllc.com,
               jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               stephendunnpllc@gmail.com,jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               kathy@stephendunn-pllc.com,sherry@stephendunn-pllc.com,amber@stephendunn-pllc.com
              Stephen E. Dunn    on behalf of Joint Debtor Deshanta O Marshall stephen@stephendunn-pllc.com,
               jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               stephendunnpllc@gmail.com,jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               kathy@stephendunn-pllc.com,sherry@stephendunn-pllc.com,amber@stephendunn-pllc.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 4
```